**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn**

Civil Action No.  09-cv-00866-RPM-LTM

JOYCE A. DODSON,

    Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

    Defendants.

---

**ORDER RE: DEFENDANT'S UNOPPOSED MOTION FOR
ATTENDANCE BY TELEPHONE (docket # 18)**

---

    The Court hereby GRANTS Defendants' Unopposed Motion for Attendance by Telephone (docket # 18), and therefore

    The Court ORDERS that attorney for Defendant The United States of America shall appear by telephone at 970.241.2187.

    DATED at Grand Junction, Colorado, this 20th day of August, 2009.

    BY THE COURT:

    s/Laird T. Milburn

    _____
    Laird T. Milburn
    United States Magistrate Judge