IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00866-MEH-LTM

JOYCE DODSON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER OF DISMISSAL

The matter before me is the Stipulation of Dismissal [docket #37] filed November 13, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED as follows:

1. The Stipulation for Dismissal [docket #37] filed November 13, 2009, is APPROVED;

2. The Status Conference scheduled for November 30, 2009, is VACATED; and

3. This action is DISMISSED WITH PREJUDICE with the parties to pay their own attorney's fees and costs.

Dated this 16th day of November, 2009, in Denver, Colorado.

                                                BY THE COURT:

                                                *Michael E. Hegarty*

                                                Michael E. Hegarty
                                                United States Magistrate Judge